IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LEE OLIVER COUNTS, JR.                                                                     PLAINTIFF

v.                              Case No. 6:20-cv-6031

OFFICER WOODALL; OFFICER
B. MCADDO; and SERGEANT BALL                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 28, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Bryant recommends that all claims against Defendants McAddo and Woodall be dismissed without prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, all claims against Defendants McAddo and Woodall are **DISMISSED WITHOUT PREJUDICE**, and these Defendants are dismissed from this case. Plaintiff's claim for excessive force against Defendant Ball in his individual capacity remains for service and further review by the magistrate judge.

**IT IS SO ORDERED**, this 23rd day of September, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge