IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LEE OLIVER COUNTS, JR.                                                                                    PLAINTIFF

v.                                          Case No. 6:20-cv-6031

SERGEANT BALL                                                                                              DEFENDANT

## ORDER

      Before the Court is the Report and Recommendation filed July 30, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 37. Judge Bryant recommends that Plaintiff's amended complaint be dismissed without prejudice for failure to prosecute this action and failure to comply with the Court's orders and Local Rules. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 24th day of August, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge